HAROLD E. JOHNSON v. E. L. QUARLES CORPORATION and Others, Impleaded with " EDWARD " L. QUARLES, Defendant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES F. WHITE & Co., INC., v. F. COIT JOHNSON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID KAPLAN v. ADA C. SMITH.— Motion to dismiss appeal dismissed, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ATLAS MASONS SUPPLY Co., INC., v. ISIDORE SACHS, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

W. W. CONSTRUCTION Co., INC., v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between M. S. & J. A. WORKMAN, INC., and FREDERICK W. LINCOLN and Others, Impleaded with LOUIS HENKEL & COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUTH WANG v. JULIUS WANG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS GREENBERG v. BREGMAN-WEINRAUB REALTY Co., INC.— Motion to dismiss appeal granted, with ten dollars costs.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL L. LOWENTHAL v. HENRY LOWENTHAL.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.